IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,     )

                            )

          Plaintiff,     )

                            )      Crim. No. 11-00013-01-CR-W-HFS

     v.                    )      Crim. Complaint No. 11-00001REL-01

                            )

LOUIS A. SOILEAU,         )

                            )

          Defendant.    )

MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now Paul S. Becker, Assistant United States Attorney, and moves the Court to

dismiss the Criminal Complaint filed on January 6, 2011, before Chief United States Magistrate

Judge Robert E. Larsen at Kansas City, Missouri, charging the defendant with violation of

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

/s/Paul S. Becker
Paul S. Becker
Assistant United States Attorney
Chief, Violent Crimes Strike Force Unit

sgs

O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown

above, is sustained.

Dated: February 3, 2011          /s/ Robert E. Larsen
                                  HONORABLE ROBERT E. LARSEN
                                  Chief United States Magistrate Judge
                                  Western District of Missouri