# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 011-00013-01-CR-W-HFS |
| | ) |
| LOUIS A. SOILAEAU, | ) |
| | ) |
| Defendant. | ) |

## EXHIBIT LIST

COMES NOW the Defendant, Louis A. Soileau, through counsel, Robert Kuchar, Assistant

Federal Public Defender for the Western District of Missouri, and hereby files his list of exhibits in

the above-entitled cause.

1) LRS 14.62

2) LRS 14.62.4

Respectfully submitted,

/s/ Robert  Kuchar
Robert Kuchar
Assistant Federal Public Defender
818 Grand, Suite 300
Kansas City, MO 64106
(816) 471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that this motion was electronically filed this 26th day of October, 2011, and that a copy was sent via e-mail to Paul Becker, Assistant U.S. Attorney, 400 E. 9th St., 5th Floor, KC, MO 64106; pursuant to the Electronic Case Filing System.

/s/ Robert Kuchar
Robert Kuchar

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
                    Plaintiff,

                                        ACTION NUMBER
     vs.                                11-00013-01-CR-W-HFS

LOUIS A. SOILEAU,
                    Defendant.


## E X H I B I T     I N D E X

| √ - Offered & Admitted w/o objection | Ltd. - Admitted for limited purposes |
|---|---|
| | X - Offered & Admitted over objection |
| Ex. - Offered, but objected to and excluded | N.O. - Marked but not offered |
| D.B. - Admitted, de bene | W.D. - Offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | LRS 14.62 |
| 2 | | | | LRS 14.62.4 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:


_____          _____
SIGNATURE                                   PRINTED NAME