IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 11-00013-01-CR-W-HFS |
| LOUIS A. SOILEAU, | ) |
| Defendant. | ) |

## EXHIBITS FOR PLEA AND SENTENCING

| ✓ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | X | 10/27 | 1:45 | *State v. Soileau*, Case No. 60393 - F, 09/01/2000, Simple Burglary |
| 2 | X | 10/27 | 1:45 | *State v. Soileau*, Case No. 72306 - F, 05/24/2007, Simple Burglary |
| 3 | X | 10/27 | 1:45 | *State v. Soileau*, Case No. 71176 - F, 05/24/2007, Simple Burglary (2 counts) |
| 4 | X | 10/27 | 1:45 | *State v. Soileau*, Case No. 07-2090, 08/01/2008, Unauthorized Entry of a Business |

 I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

PRINTED NAME

_____

SIGNATURE

Page 1